**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sunnee Marie Westfall and Justin K. McDowell,
Defendants,

Of whom Sunnee Marie Westfall, is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-002288

Appeal From Horry County
Jack A. Landis, Family Court Judge

Unpublished Opinion No. 2016-UP-225
Submitted May 12, 2016 – Filed May 24, 2016

**AFFIRMED**

Heather Michelle Cannon, of Heather M. Cannon, LLC,
of Conway, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Sunnee Marie Westfall appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's finding of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Sunnee Marie Westfall's counsel.

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.